# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:18-cv-00126-JJM-PAS |
| | ) | |
| BROWN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-captioned action stipulate, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without interest or costs.

The Plaintiff, John Smith,
By his Attorney,

The Defendant, Brown University in Providence in the State of Rhode Island and Providence Plantations,
By its Attorneys,

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Ratcliffe Harten Galamaga LLP
40 Westminster Street, Suite 700
Providence, RI  02903
(401) 331-3400
rratcliffe@rhgllp.com

/s/ Jeffrey S. Michaelson
Jeffrey S. Michaelson, #3299
Michaelson & Michaelson
70 Romano Vineyard Way, Ste. 117
North Kingstown, RI  02852
(401) 295-4330
jeffmichaelson@cox.net

## CERTIFICATE OF SERVICE

I, J. Richard Ratcliffe, certify that on March 7, 2019, I filed and served this document on the following counsel of record through the Court's CM/ECF system.

Jeffrey S. Michaelson
*jeffmichaelson@cox.net*

/s/ J. Richard Ratcliffe